IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| WILLIAM BATTLE, | : |  |
|---|---|---|
|  | : |  |
| Plaintiff, | : | Case No.: 5:05-CV-465 (CAR) |
|  | : |  |
| v. | : |  |
|  | : |  |
| HILTON HALL et al, | : |  |
|  | : |  |
| Defendants. | : |  |

# ORDER

Before the Court is the United States Magistrate Judge's Recommendation [Doc. 15] in which the Magistrate Judge recommends that Defendants' motion for summary judgment be granted with respect to Defendants Hall and Lacy and denied with respect to Defendants Ivey, Rivers, Ridley, Parker, and Banks. Plaintiff did not file any Objections to the Recommendation. After reviewing the Recommendation and the record, the Court agrees with the Magistrate Judge's Recommendation and therefore **ADOPTS** the Recommendation and **MAKES IT THE ORDER OF THE COURT**.

**SO ORDERED,** this 25th day of June, 2007.

s/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

EHE